IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:17-CV-20-BR

| | |
|---|---|
| JOSEPH LEE CARAWAY,<br>    Plaintiff,<br><br>v.<br><br>CITY OF ELIZABETH CITY,<br>NORTH CAROLINA, et al.,<br>    Defendants. | O R D E R |

This matter is before the court on plaintiff's motion for a preliminary injunction. (DE # 7.) Plaintiff failed to file a certificate of service with the motion as Federal Rule of Civil Procedure 5(b)(1) requires. Furthermore, nothing of record indicates that defendants have waived service of process or have been served with process. Defendants have made no appearance in this action. Accordingly, plaintiff's motion is DENIED WITHOUT PREJUDICE.

This 7 August 2017.

_____
W. Earl Britt
Senior U.S. District Judge