IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:17-CV-00020-BR

**Joseph Lee Caraway**,

    Plaintiff,

v.

**City of Elizabeth City,** et al.,

    Defendants.

**Order**

    The parties have jointly requested that they be excused from engaging in mediation because, they claim, their settlement negotiations to date have not been fruitful. After considering the nature of the relief sought in this case and speaking with the parties during a telephonic hearing, the court agrees that mediation would not be beneficial at this time. As a result, the court grants the Joint Motion to Waive Mediation (D.E. 60) and excuses the parties from the requirement to conduct mediation.

Dated: October 1, 2018

_____
Robert T. Numbers, II
United States Magistrate Judge