UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:17-CV-00020-BR

| | |
|---|---|
| JOSEPH LEE CARAWAY, an individual,<br><br>Plaintiff,<br><br>- against -<br><br>CITY OF ELIZABETH CITY, NORTH CAROLINA; JAMIE LACOMBE, in his individual capacity and acting as a police officer for the CITY OF ELIZABETH CITY, NORTH CAROLINA; CATHY HEWITT, in her individual capacity and acting as a police officer for the CITY OF ELIZABETH CITY, NORTH CAROLINA,<br><br>Defendants. | **ORDER GRANTING JOINT MOTION TO APPEAR BY TELEPHONE FOR PRETRIAL CONFERENCE** |

This matter is before the Court on the parties' Joint Motion to Appear by Telephone for Pretrial Conference. Having fully considered the matter and having found good cause, the parties' Motion is hereby GRANTED.

Dated: December 21, 2018

_____
Robert T. Numbers, II
United States Magistrate Judge